# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Steven C. Yarbrough

Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | 18-MJ-1581 | UNITED STATES vs. SMITH | |
| Hearing Date: | 5/8/2018 | Time In and Out: | 9:44 am – 9:47 am |
| Clerk: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Douglas Smith | Defendant's Counsel: | Pro Se |
| AUSA | Novaline Wilson | Pretrial/Probation: | S. Day |
| Interpreter: | | | |

## Initial Appearance

- ☐ Defendant sworn
- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant wants Court appointed counsel
- ☒ Government moves to detain    ☐ Government does not recommend detention
- ☒ Set for Preliminary/Detention    on May 9, 2018    @ 9:30 am

## Preliminary/Show Cause/Identity

- ☐ Defendant waives Preliminary hearing
- ☐ Court finds probable cause    ☐ Court does not find probable cause

## Custody Status

- ☐ Defendant waives detention hearing
- ☐ Defendant detained pending hearing
- ☐ Conditions

## Other

- ☐ Matter referred to _____ for final revocation hearing
- ☐