# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Steven C. Yarbrough

Preliminary/Detention

| | | | |
|---|---|---|---|
| Case Number: | 18-MJ-1581 | UNITED STATES vs. SMITH | |
| Hearing Date: | 5/9/2018 | Time In and Out: | 9:35 am – 9:51 am & 10:57 am – 11:02 am |
| Clerk: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Douglas Smith | Defendant's Counsel: | Thomas Jameson |
| AUSA | James Braun | Pretrial/Probation: | S. Day/ A. Galaz |
| Interpreter: | | Witness: S/A Travis Taylor, FBI | |

**Initial Appearance**

- ☐ Defendant sworn
- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain    ☐ Government does not recommend detention
- ☐ Set for     on     @

**Preliminary/Show Cause/Identity**

- ☐ Defendant
- ☒ Court finds probable cause    ☐ Court does not find probable cause

**Custody Status**

- ☐ Defendant waives detention hearing
- ☐ Defendant
- ☒ Conditions of release imposed

**Other**

- ☐ Matter referred to     for final revocation hearing
- ☒ USA-direct of S/A; FPD-cross of S/A; Court-findings