FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 30 2018

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
vs. )   No. 18-MJ-1581
)
DOUGLAS D. SMITH, )
)
    Defendant. )

## ORDER TOLLING SPEEDY TRIAL COMPUTATION

The Court, having reviewed the foregoing document, now finds that the ends of justice served by allowing the request to toll the speedy indictment computation outweigh the interests of the defendant and of the public in a speedy indictment. The Court finds that tolling the speedy indictment computation will substantially increase the likelihood of the parties reaching a settlement in this case that would avoid the need for a trial. The Court expressly finds that the public's interest in a speedy Indictment is outweighed by the (1) the public's interest in the potential for pre-indictment resolution of this case, which may result in a quicker resolution of the case and which would spare the judicial, prosecutorial, defense, and law enforcement resources that would be expended if this case proceeded to trial; and (2) the potential benefit conferred upon the defendant in an expedited resolution of the case.

IT IS THEREFORE ORDERED that a period of time not to exceed 90 days, for a total of 120 days from May 7, 2018 to September 4, 2018, is hereby excluded from the computation of a speedy indictment pursuant to 18 U.S.C. § 3161(b) and (h)(7)(A).

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:
Thomas B. Jameson
Assistant Federal Public Defender