# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                Cause No. 18-MJ-1581

DOUGLAS D. SMITH,

       Defendant.

## ENTRY OF APPEARANCE AS CO-COUNSEL

ARIC G. ELSENHEIMER, Assistant Federal Public Defender in the District of New Mexico, hereby enters his appearance as co-counsel of record for Douglas D. Smith, Defendant herein.

                      Respectfully Submitted,

                      FEDERAL PUBLIC DEFENDER
                      111 Lomas Blvd NW, Suite 501
                      Albuquerque, New Mexico 87102
                      (505) 346-2489
                      Fax (505) 346-2494

                      *filed electronically on July 3, 2018*
                      ARIC G. ELSENHEIMER
                      Assistant Federal Public Defender

                      *Co-counsel for Douglas D. Smith*

### CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following: Kyle T. Nayback and Novaline Wilson.

                      *Filed electronically on July 3, 2018*
                      ARIC G. ELSENHEIMER