# CLERK'S MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Steven C. Yarbrough

Bail/Bond Review Hearing

| | | | |
|---|---|---|---|
| Case Number: | 18-MJ-1581 | UNITED STATES vs. SMITH | |
| Hearing Date: | 7/5/2018 | Time In and Out: | 2:31 pm – 2:54 pm |
| Clerk: | K. Dapson | Courtroom: | Chama |
| Defendant: | Douglas Smith | Defendant's Counsel: | Aric Elsenheimer |
| AUSA | Novaline Wilson | Pretrial/Probation: | A. Galaz |
| Interpreter: | | | |

**Bail/Bond Review Hearing**

| | | | |
|---|---|---|---|
| ☒ | FPD –proffers motion | | |
| ☒ | Court - questions | | |
| ☒ | USA – responds to motion; | | |
| ☒ | Pretrial Services responds | | |
| ☒ | FPD-replies | ☒ | USA-responds to potential 3rd party custodian |
| ☒ | Court – findings/grants motion | | |

**Preliminary/Show Cause/Identity**

| | | | |
|---|---|---|---|
| ☐ | Defendant | | |
| ☐ | Court finds probable cause | ☐ | Court does not find probable cause |

**Custody Status**

| | | |
|---|---|---|
| ☐ | Defendant waives detention hearing | |
| ☐ | Defendant will remain in custody | |
| ☒ | Conditions pretrial released changed to | Allow the defendant to return to residence w/3rd party custodian |

**Other**

| | |
|---|---|
| ☐ | Matter referred to        for final revocation hearing |
| ☐ | |