IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 18-MJ-1581 |
| | ) | |
| DOUGLAS D. SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

## REQUEST FOR CONTINUANCE OF GRAND JURY PRESENTMENT

1. I am the defendant in this criminal proceeding.

2. I understand that I have the right to have my case presented to a grand jury within thirty (30) days of my arrest (May 7, 2018) pursuant to 18 U.S.C. § 3161(b).

3. On May 22, 2018, a Request for Continuance of Grand Jury Presentment was filed in my case. (Doc. 10). The Court granted that request on May 30, 2018, extending the deadline until September 4, 2018. (Doc. 11).

4. I hereby acknowledge that the government currently has until September 4, 2018, to file an information or indictment in my case. I request that the period be extended for an additional 60 days from September 4, 2018, or until November 5, 2018. By that I mean that there be a total 180 day period of excludable time for the purposes of determining compliance with the speedy indictment provision of 18 U.S.C. § 3161(b). I further request that an Order be entered providing that this time period shall be excluded from speedy indictment time computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

5.  Continuing the grand jury presentment will allow my attorney to attempt to negotiate a pre-indictment plea agreement with the government, whose terms may be more acceptable to me than those of an agreement offered after indictment.

6.  If I cannot reach an agreement with the United States Attorney's Office, I understand that my case will be presented to a grand jury consistent with this waiver.

_____
DOUGLAS D. SMITH
Defendant

I have reviewed the foregoing document with my client and represent to the Court that he understands it. I further represent to the Court that I believe it is in my client's best interest to agree to the contents of this document.

_____
THOMAS B. JAMESON
Attorney for Defendant

Date: ___8/21/18___