IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                              CASE NO. 18-MJ-1581

DOUGLAS D. SMITH,

        Defendant.

### NOTICE OF SUBSTITUION OF COUNSEL

        COMES NOW Aric Elsenheimer, Assistant Federal Public Defender, and hereby notifies the Court that he is replacing Thomas B. Jameson as counsel for defendant, Douglas D. Smith.

        Counsel respectfully requests the Clerk of Court to amend the docket sheet to reflect that Assistant Federal Public Defender Aric Elsenheimer is counsel of record for Douglas D. Smith in this matter, and remove Thomas B. Jameson, as counsel.

| | |
|---|---|
| | Respectfully submitted, |
| I HEREBY CERTIFY THAT on September 27, 2018, I filed the foregoing electronically through the CM/ECF system, which caused AUSA Novaline Wilson to be served by electronic means, as more fully reflected on the Notice of Electronic Filing. | FEDERAL PUBLIC DEFENDER<br>111 Lomas NW, Suite 501<br>Albuquerque, NM 87102<br>(505) 346-2489<br>(505) 346-2494 Fax<br><br>By  */s/ filed electronically on 09/27/2018*<br>     ARIC ELSENHEIMER<br>     Attorney for Defendant<br>     E-Mail: aric_elsenheimer@fd.org |
| */s/ Aric Elsenheimer* | |