

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CRIMINAL NO. 18-3495 JH |
| vs. | ) | 18 U.S.C. §§ 1152 and 1111: Second Degree Murder. |
| **DOUGLAS D. SMITH**, | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

On or about May 5, 2018, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **DOUGLAS D. SMITH**, a non-Indian, unlawfully killed Jane Doe, an Indian, with malice aforethought.

In violation of 18 U.S.C. §§ 1152 and 1111.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

10/22/2018 2:24 PM