# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Jerry H. Ritter

United States Magistrate Judge

| Clerk's Minutes | Arraignment | | | |
|---|---|---|---|---|
| Date: | 11/6/2018 | Case Number: | 18-3495 JH | |
| Case Title: USA v. | Douglas D. Smith | Liberty: | Rio Grande @ | 9:36 am |
| Courtroom Clerk: | C. Lopez | Total Time: | 1min | |
| Probation/Pretrial: | Anthony Galaz | Interpreter: | | |

ATTORNEYS PRESENT:

| Plaintiff: | Rick Mendanhall | Defendant: | Aric Elsenheimer |
|---|---|---|---|

PROCEEDINGS:

| | |
|---|---|
| ☐ | First Appearance of Defendant |
| ☐ | Defendant received a copy of the Indictment |
| ☐ | Defendant questioned re: time to consult with attorney regarding the penalties |
| ☐ | Defendant waives reading of Indictment |
| ☐ | Defendant is ready to enter a plea |
| ☒ | Defendant enters a plea of NOT GUILTY to all counts |
| ☒ | Motions due by:11/26/2018 |
| ☒ | Discovery Order electronically filed |
| ☒ | Case assigned to: Judge Herrera |
| ☒ | Trial set on trailing docket: TO BE NOTIFIED |
| ☒ | Defendant released on previously imposed conditions |
| ☒ | Other: WAIVER OF APPEARANCE OF DEFENDANT AT ARRAIGNMENT ACCEPTED BY COURT. |