# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET
### BEFORE THE HONORABLE JUDITH C. HERRERA

| | | | |
|---|---|---|---|
| CR No: | 18-3495 JCH | USA vs. | Smith |
| Date: | 9/15/22 | Defendant: | Douglas Smith |

| | | | |
|---|---|---|---|
| Time In/Out: | 9:30 – 11:30 | Total Time in Court: | 2 hours |
| Clerk: | E. Romero | Court Reporter: | Paul Baca |
| AUSA: | Novaline Wilson | Defendant's Counsel: | Aric Elsenheimer |
| Sentencing in: | Albuquerque | Probation Officer: | |
| Interpreter: | n/a | Interpreter Sworn? | ☐ Choose an item. |

| | | | | | |
|---|---|---|---|---|---|
| Convicted on: | Verdict | As to: | Indictment | Counts: | |
| Guilty Plea: | | Plea Agreement: | | | |
| Date of Plea/Verdict: | 6/18/21 | PSR: Disputed | ☒ Courts adopts PSR Findings | Evidentiary Hrg: | Not Needed |
| Exceptions to PSR: | | | | | |

## SENTENCE IMPOSED

**IMPRISONMENT (BOP):**

☐ 500-Hour Drug Program   ☐ BOP sex-offender treatment program   Other:

**SUPERVISED RELEASE:**   ☐ Mandatory/Standard Conditions

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| ☐ | Participate in/successfully complete outpatient substance abuse treatment program & grant waiver of confidentiality | ☐ | Submit to substance abuse testing; Testing not to exceed 60 tests per year |
| ☐ | Submit to search of person/property | ☐ | Refrain from use/possession of alcohol/intoxicants; Testing not to exceed 4 per day |
| ☐ | Not knowingly purchase, possess, distribute, administer, use any psychoactive substances | ☐ | Must not possess, sell, offer for sale, etc. any drug paraphernalia |
| ☐ | Participate in/successfully complete mental health program & grant waiver of confidentiality | ☐ | Must take all mental health medications as prescribed |

### MONETARY PENALTIES / FORFEITURES

| | | | | | |
|---|---|---|---|---|---|
| Fine: $ | -0- | Restitution: $ | -0- | SPA: $ | Due Immediately |

Forfeit rights title & interest to:

### OTHER

☐ Waived Appeal Rights per Plea Agreement    ☒ Continue on Release

☐ Recommended place(s) of incarceration:

☐ Dismissed Counts:

### PROCEEDINGS

Court in session – parties state appearances; Parties do not intend to call witnesses; Mr. Elsenheimer addresses Court re: objections; Ms. Wilson responds; Mr. Elsenheimer rebuttal; Court finds BOL was properly calculated in PSR – Overruled; Court overrules objection as to acceptance of responsibility; Court directs parties prepare a new offense conduct statement before judgment is entered; Mr. Elsenheimer responds; Ms. Wilson addresses Court re: objection; Mr. Elsenheimer responds; Ms. Wilson rebuttal; Court overrules government's objection re: obstruction enhancement; Court outlines records reviewed for sentencing; Victim's sister - Melanie Montoya addresses Court; Victim's daughter - Santana Herrera addresses Court; Mr. Elsenheimer addresses Court for sentencing and requests probation; Defendant addresses Court; Ms. Wilson addresses Court for sentencing and requests a 60 month sentence; Mr. Elsenheimer rebuttal; Court addresses defendant and outlines proposed sentence; Mr. Elsenheimer responds and again requests a variance due to defendant's age; Ms. Wilson responds; Court is prepared to proceed; Mr. Elsenheimer requests additional time for briefing 3553 factors; Court will grant additional time; Ms. Wilson objects; Briefing due in 21 days; Hearing continued.