# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET
### BEFORE THE HONORABLE JUDITH C. HERRERA

| | | | |
|---|---|---|---|
| CR No: | 18-3495 JCH | USA vs. | Smith |
| Date: | 11/10/22 | Defendant: | Douglas Smith |

| | | | |
|---|---|---|---|
| Time In/Out: | 1:37 – 2:25 | Total Time in Court: | 48 minutes |
| Clerk: | E. Romero | Court Reporter: | Paul Baca |
| AUSA: | Novaline Wilson & Kyle Nayback | Defendant's Counsel: | Aric Elsenheimer & Amanda Lavin |
| Sentencing in: | Albuquerque | Probation Officer: | Ana Ortiz y Martinez |
| Interpreter: | n/a | Interpreter Sworn? | ☐ Choose an item. |

| | | | | | |
|---|---|---|---|---|---|
| Convicted on: | Verdict | As to: | Indictment | Counts: | |
| Guilty Plea: | | Plea Agreement: | | | |
| Date of Plea/Verdict: | 6/18/21 | PSR: | Disputed | ☒ Courts adopts PSR Findings | Evidentiary Hrg: Not Needed |
| Exceptions to PSR: | | | | | |

## SENTENCE IMPOSED

**IMPRISONMENT (BOP):** 27 months

☐ 500-Hour Drug Program ☐ BOP sex-offender treatment program    Other:

**SUPERVISED RELEASE:** 2 years    ☒ Mandatory/Standard Conditions

### SPECIAL CONDITIONS OF SUPERVISION

| | |
|---|---|
| ☐ Participate in/successfully complete outpatient substance abuse treatment program & grant waiver of confidentiality | ☒ Submit to substance abuse testing; Testing not to exceed 60 tests per year |
| ☒ Submit to search of person/property | ☒ Refrain from use/possession of alcohol/intoxicants; Testing not to exceed 4 per day |
| ☒ Not knowingly purchase, possess, distribute, administer, use any psychoactive substances | ☐ Must not possess, sell, offer for sale, etc. any drug paraphernalia |
| ☐ Participate in/successfully complete mental health program & grant waiver of confidentiality | ☐ Must take all mental health medications as prescribed |
| ☒ Community service: 40 hours | ☒ Must not communicate, or otherwise interact, with victim's family directly or indirectly w/o approval |
| ☐ Participate in an educational or vocational service program | ☐ No contact with codefendant(s)/coconspirator(s) w/o approval |

### MONETARY PENALTIES / FORFEITURES

| | | | | | |
|---|---|---|---|---|---|
| Fine: $ | -0- | Restitution: $ | -0- | SPA: $ 100.00 | Due Immediately |

Forfeit rights title & interest to:

### OTHER

☒ Advised of Right to Appeal    ☒ Voluntary Surrender

☒ Recommended place(s) of incarceration: Federal Medical Center due to defendant's age and medical issues, specifically: age related supraventricular tachycardia and macular degeneration; Court also recommends BOP place defendant in minimum confinement status; The Court is to be notified if BOP is unable to place deft at a Federal Medical Center.

☐ Dismissed Counts:

### PROCEEDINGS

Court in session – parties state appearances; Court states the majority of sentencing has been completed and parties should focus on the issue of the variance request as to age and health; Court outlines records reviewed for sentencing; Mr. Elsenheimer addresses Court for sentencing as instructed; Ms. Wilson responds; Mr. Elsenheimer rebuttal; Court addresses parties, denies request for variance and outlines reasoning; Ms. Wilson has nothing to add; Mr. Elsenheimer objects to the proposed sentence; Court imposes sentence; Defendant to report to the USMS immediately for reporting instructions; Self-surrender is typically within 60 days.