IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                       CASE NO. 18-CR-3495 JCH

DOUGLAS D. SMITH,

        Defendant.

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that defendant, Douglas D. Smith, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Judgment in a Criminal Case entered in this cause on November 17, 2022.

DATED this 28th day of November, 2022.

                                            Respectfully submitted,

                                            FEDERAL PUBLIC DEFENDER
                                            111 Lomas Blvd., NW, Suite 501
                                            Albuquerque, NM 87102
                                            (505) 346-2489
                                            (505) 346-2494 Fax
                                            aric_elsenheimer@fd.org

                                            By   /s/ filed electronically on 11/28/2022
                                                ARIC G. ELSENHEIMER, AFPD
                                                Attorney for Defendant